# IN THE SUPREME COURT OF THE STATE OF NEVADA

F. HARVEY WHITTEMORE; AND
ANNETTE WHITTEMORE,
INDIVIDUALS,

                Appellants,

vs.

BANK OF THE WEST, A CALIFORNIA
BANKING CORPORATION,

                Respondent.

No. 72698

**FILED**

OCT 0 9 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted.[1] This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Patrick Flanagan, District Judge
       Margaret M. Crowley, Settlement Judge
       Echeverria Law Office
       Matthew L. Sharp, Ltd.
       Gunderson Law Firm
       Washoe District Court Clerk

---

[1]Given this order, we take no action on respondent's motion to dismiss this appeal.

17-34176